**90–1008.** Hoover Universal, Inc. v. Limbach. Board of Tax Appeals, Nos. 87–D–771, 87–C–772 and 87–J–773. Reported at 61 Ohio St.3d 563, 575 N.E.2d 811. On motion for rehearing. Rehearing denied.

RESNICK, J., dissents.